In the Matter of the Claim of EVA RAMOS, Claimant, against TAXI TRANSIT COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Appellant.

Argued October 18, 1950; decided November 22, 1950.

*Nathaniel L. Goldstein, Attorney-General (Gilbert M. Landy, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, appellant.

*Leon Freedman* and *Arthur B. Erenstoft* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.